▮ SCHUYLER HODGES, ASSIGNEE OF SOLOMON SIBLEY, *versus* SOPHIA HUFF, ADMINISTRATRIX, ETC., OF JOHN HUFF, DECEASED, AND WILLIAM HUFF, HENRY HUFF, GAINES HUFF, SILAS HUFF, MARK HUFF, HANNAH HUFF, AND RICHARD HUFF, MINOR HEIRS OF THE SAID JOHN HUFF, DECEASED. ▮

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Motion for order of publication *p. 145; (2) notice of suit ordered published *p. 148; (3) leave given to amend *p. 156; (4) motion for guardian ad litem *p. 183; (5) guardian appointed *p. 186; (6) bill taken as confessed, referred to deputy clerk *p. 203; (7) decree *p. 209; (8) continued *p. 217.

PAPERS IN FILE: (1) Bill of complaint; (2) affidavit of non-residence; (3) motion for notice by publication; (4) motion for leave to amend bill; (5) proof of publication of notice; (6) answer of minor heirs; (7) motion for decree pro confesso; (8) deputy clerk's report of amount due; (9-11) drafts of decrees; (12) memo. of costs and of time of sale; (13) deed of mortgage—John Huff to Solomon Sibley, assignment to Schuyler Hodges; (14) money bond—John Huff to Solomon Sibley, assignment to Schuyler Hodges.
*Chancery Case* 94 of 1827.